1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | GREG LOWDER
Chief, Major Crimes Section

4 | ACADIA SENESE (CABN 251287)
Special Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone:(415) 436-6809

7 | Fax:  (415) 436-7234
Email: acadia.senese@usdoj.gov

8

9 | Attorneys for the United States of America

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 10-0534 BZ |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER EXCLUDING TIME UNDER THE |
| ) | SPEEDY TRIAL ACT FROM |
| ANJENETTE FAYE COATS, ) | SEPTEMBER 13, 2010 TO SEPTEMBER |
| ) | 23, 2010. |
| Defendant. ) | |

On September 13, 2010, the parties in this case appeared before the Honorable Bernard Zimmerman for an initial appearance on the Information. At that time, the parties stipulated that time should be excluded from September 13, 2010 to September 23, 2010, for effective preparation of defense counsel. The parties represented that granting the continuance was for the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

//
//
//
//
//

Stipulation and [Proposed] Order
CR No. 10-0534 BZ                              1

The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendants in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED:

    MELINDA HAAG
    United States Attorney

DATED: October 8, 2010

    /s/
    ACADIA SENESE
    Special Assistant United States Attorney

DATED: October 4, 2010

    /s/
    MICHAEL HINCKLEY
    Attorney for Anjenette Faye Coats

IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from September 13, 2010 to September 23, 2010, under 18 U.S.C. § 3161(B)(iv) and 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: 3 Nov 2010

    THE HON. BERNARD ZIMMERMAN
    United States Magistrate Judge

Stipulation and [Proposed] Order
CR No. 10-0534 BZ      2