1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   GREG LOWDER
3  Chief, Major Crimes Section

4  ACADIA SENESE (CABN 251287)
   Special Assistant United States Attorney
5
   450 Golden Gate Avenue, 11th Floor
6  San Francisco, California 94102
   Telephone:(415) 436-6809
7  Fax: (415) 436-7234
   Email: acadia.senese@usdoj.gov
8
   Attorneys for the United States of America
9

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,        ) CR No. 10-0534 BZ
                                      )
14 |         Plaintiff,                )
                                      ) STIPULATION AND [PROPOSED]
15 |     v.                            ) ORDER EXCLUDING TIME UNDER THE
                                      ) SPEEDY TRIAL ACT FROM
16 | ANJENETTE FAYE COATS,            ) SEPTEMBER 23, 2010 TO SEPTEMBER
                                      ) 14, 2011.
17 |                                   )
             Defendant.                )
18 |_____)

19
        On September 23, 2010, the parties in this case appeared before the Honorable Bernard
20
   Zimmerman for a status hearing in which the Government and Defendant's counsel agreed to
21
   pre-trial diversion for a period of one year. At that time, the parties stipulated that time should be
22
   excluded from September 23, 2010 to September 14, 2011, for a one-year period of pre-trial
23
   diversion. See 18 U.S.C. § 3161(h)(2).
24
   //
25
   //
26

27

28


Stipulation and [Proposed] Order
CR No. 10-0534 BZ                              1

1 | The parties also agreed that the ends of justice served by granting such a continuance
2 | outweighed the best interests of the public and the defendants in a speedy trial. See 18 U.S.C. §
3 | 3161(h)(7)(A).

4

5 | IT IS SO STIPULATED:

6 |           MELINDA HAAG
          United States Attorney

7

8 | DATED: October 8, 2010            /s/
          ACADIA SENESE
9 |           Special Assistant United States Attorney

10

11 | DATED: October 4, 2010            /s/
          MICHAEL HINCKLEY
12 |           Attorney for Anjenette Faye Coats

13

14
    IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from
15
September 23, 2010 to September 14, 2011, under 18 U.S.C. § 3161(h)(2) and 18 U.S.C. §
16
3161(h)(7)(A).
17

18
IT IS SO ORDERED.
19

20 | DATED: 3 Nov 2010

21 |           THE HON. BERNARD ZIMMERMAN
          United States Magistrate Judge
22

23

24

25

26

27

28